DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** | **Case No. 19-[    ](RDD)** |
| **Debtor.** | |
| **Fed. Tax Id. No. 06-1307484** | |
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA INC.,** | **Case No. 19-[    ](RDD)** |
| **Debtor.** | |
| **Fed. Tax Id. No. 06-1307486** | |
| **In re:** | **Chapter 11** |
| **PURDUE TRANSDERMAL TECHNOLOGIES L.P.,** | **Case No. 19-[    ](RDD)** |
| **Debtor.** | |
| **Fed. Tax Id. No. 20-3931868** | |

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA MANUFACTURING L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 80-0913821 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMACEUTICALS L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 13-4030034 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **IMBRIUM THERAPEUTICS L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 83-1928810 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **ADLON THERAPEUTICS L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 83-2446745 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **GREENFIELD BIOVENTURES L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 83-1936150 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **SEVEN SEAS HILL CORP.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| No Fed. Tax Id.[1] | |
| In re: | Chapter 11 |
| **OPHIR GREEN CORP.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| No Fed. Tax. Id.[2] | |
| In re: | Chapter 11 |
| **PURDUE PHARMA OF PUERTO RICO,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 52-2333925 | |
| In re: | Chapter 11 |
| **AVRIO HEALTH L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 55-0804140 | |

---

[1] Seven Seas Hill Corp. does not have a Federal Tax ID. The relevant non-U.S. tax identification number is 424591.

[2] Ophir Green Corp. does not have a Federal Tax ID. The relevant non-U.S. tax identification number is 424594.

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMACEUTICAL PRODUCTS L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 05-0553902 | |
| In re: | Chapter 11 |
| **PURDUE NEUROSCIENCE COMPANY,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 06-1574712 | |
| In re: | Chapter 11 |
| **NAYATT COVE LIFESCIENCE INC.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 82-3487805 | |
| In re: | Chapter 11 |
| **BUTTON LAND L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 26-3547502 | |
| In re: | Chapter 11 |
| **RHODES ASSOCIATES L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| No Fed. Tax Id. | |

4

| | |
|---|---|
| In re:<br><br>**PAUL LAND INC.,**<br><br>      **Debtor.**<br><br>Fed. Tax Id. No. 26-3547425 | **Chapter 11**<br><br>**Case No. 19-[    ](RDD)** |
| In re:<br><br>**QUIDNICK LAND L.P.,**<br><br>      **Debtor.**<br><br>Fed. Tax Id. No. 26-3547584 | **Chapter 11**<br><br>**Case No. 19-[    ](RDD)** |
| In re:<br><br>**RHODES PHARMACEUTICALS L.P.,**<br><br>      **Debtor.**<br><br>Fed. Tax Id. No. 26-1916166 | **Chapter 11**<br><br>**Case No. 19-[    ](RDD)** |
| In re:<br><br>**RHODES TECHNOLOGIES,**<br><br>      **Debtor.**<br><br>Fed. Tax Id. No. 22-3527143 | **Chapter 11**<br><br>**Case No. 19-[    ](RDD)** |
| In re:<br><br>**UDF LP,**<br><br>      **Debtor.**<br><br>Fed. Tax Id. No. 42-1570495 | **Chapter 11**<br><br>**Case No. 19-[    ](RDD)** |

| In re: | Chapter 11 |
| SVC PHARMA LP, | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 41-2125717 | |
| In re: | Chapter 11 |
| SVC PHARMA INC., | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 59-3784014 | |

## MOTION OF DEBTORS FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Purdue Pharma L.P. ("**PPLP**") and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**," the "**Company**" or "**Purdue**") hereby move (this "**Motion**") this Court for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Order**"), granting the relief described below. In support thereof, the Debtors refer to the contemporaneously filed *Declaration of Jon Lowne in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (the "**Lowne Declaration**") and further represent as follows:

### Jurisdiction and Venue

1.     The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), the Debtors

6

consent to entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.      On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  To date, the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") has not appointed a statutory committee of creditors in these chapter 11 cases, nor has the Court appointed a trustee or examiner therein.

3.      Additional information about the Debtors' businesses and the events leading up to the Petition Date can be found in the *Debtors' Informational Brief* filed contemporaneously herewith.

### Relief Requested

5.      By this Motion, the Debtors seek entry of an Order directing joint administration of these cases for procedural purposes only, pursuant to Bankruptcy Rule 1015(b).

6.      Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  The Debtors are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code.  Accordingly, this Court is authorized to grant the requested relief by virtue of the fact that PPLP is the direct or indirect parent of each of the other Debtors other than Purdue Pharma Inc., which is PPLP's general partner.

7

7.       On the date hereof, the Debtors commenced the 24 chapter 11 cases referenced above by filing petitions for voluntary relief with this Court.   Given the provisions of the Bankruptcy Code and the Debtors' affiliation, joint administration of these cases is warranted. Joint administration will avoid the preparation, replication, service and filing, as applicable, of duplicative notices, applications and orders, thereby saving the Debtors considerable expense and resources.   The Debtors' financial affairs and business operations are closely related.   Many of the motions, hearings and orders in these chapter 11 cases will affect each Debtor and their respective estates.   The rights of creditors will not be adversely affected, as this Motion requests only administrative, and not substantive, consolidation of the estates.   Moreover, each creditor can still file its claim against a particular estate.   In fact, all creditors will benefit by the reduced costs that will result from the joint administration of these chapter 11 cases.   The Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these chapter 11 cases by the U.S. Trustee will be simplified.

8.       Accordingly, the Debtors respectfully request that the caption of their cases be modified to reflect the joint administration of these chapter 11 cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-[    ](RDD)** |
| **Debtors.** | **(Jointly Administered)** |

9.      The Debtors also seek the Court's direction that a notation substantially similar to the following be entered on the docket of each of the Debtors' chapter 11 cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP and SVC Pharma Inc. The docket in Case No. 19-[    ](RDD) should be consulted for all matters affecting this case.

10.     Finally, the Debtors seek authority to file the monthly operating reports required by the U.S. Trustee's "Operating Guidelines and Financial Reporting Requirements" on a consolidated basis.

## Notice

11.     Notice of this Motion will be provided to: (a) the U.S. Trustee; (b) each of the Debtors' fifty largest unsecured creditors on a consolidated basis; (c) each of the Debtors' three largest secured creditors on a consolidated basis; (d) the Internal Revenue Service; (e) the United States Department of Justice; (f) the United States Attorney's Office for the Southern District of New York; (g) the attorneys general for all fifty states and the District of Columbia; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**").  Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice is required.

## **No Previous Request**

12.     No previous request for the relief sought herein has been made by the Debtors to

this or any other court.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested

herein and such other and further relief as is just and proper.

Dated:    September 15, 2019
          New York, New York


                                   DAVIS POLK & WARDWELL LLP

                                   By:   /s/ *Eli J. Vonnegut*_____


                                   450 Lexington Avenue
                                   New York, New York 10017
                                   Telephone: (212) 450-4000
                                   Facsimile:  (212) 701-5800
                                   Marshall S. Huebner
                                   Benjamin S. Kaminetzky
                                   Timothy Graulich
                                   Eli J. Vonnegut

                                   *Proposed Counsel to the Debtors*
                                   *and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 06-1307484 | |
| In re: | Chapter 11 |
| **PURDUE PHARMA INC.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 06-1307486 | |
| In re: | Chapter 11 |
| **PURDUE TRANSDERMAL TECHNOLOGIES L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 20-3931868 | |
| In re: | Chapter 11 |
| **PURDUE PHARMA MANUFACTURING L.P.,** | Case No. 19-[    ](RDD) |
| Debtor. | |
| Fed. Tax Id. No. 80-0913821 | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMACEUTICALS L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 13-4030034** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **IMBRIUM THERAPEUTICS L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 83-1928810** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ADLON THERAPEUTICS L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 83-2446745** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GREENFIELD BIOVENTURES L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 83-1936150** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEVEN SEAS HILL CORP.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **No Fed. Tax Id.** | |

2

| | |
|---|---|
| In re: | Chapter 11 |
| **OPHIR GREEN CORP.,** | Case No. 19-[   ](RDD) |
| Debtor. | |
| **No Fed. Tax Id.** | |

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA OF PUERTO RICO,** | Case No. 19-[   ](RDD) |
| Debtor. | |
| **Fed. Tax Id. No. 52-2333925** | |

| | |
|---|---|
| In re: | Chapter 11 |
| **AVRIO HEALTH L.P.,** | Case No. 19-[   ](RDD) |
| Debtor. | |
| **Fed. Tax Id. No. 55-0804140** | |

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMACEUTICAL PRODUCTS L.P.,** | Case No. 19-[   ](RDD) |
| Debtor. | |
| **Fed. Tax Id. No. 05-0553902** | |

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE NEUROSCIENCE COMPANY,** | Case No. 19-[   ](RDD) |
| Debtor. | |
| **Fed. Tax Id. No. 06-1574712** | |

3

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NAYATT COVE LIFESCIENCE INC.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 82-3487805** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BUTTON LAND L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 26-3547502** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RHODES ASSOCIATES L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **No Fed. Tax Id.** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PAUL LAND INC.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 26-3547425** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **QUIDNICK LAND L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 26-3547584** | |

4

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RHODES PHARMACEUTICALS L.P.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 26-1916166** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RHODES TECHNOLOGIES,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 22-3527143** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **UDF LP,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 42-1570495** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SVC PHARMA LP,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 41-2125717** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SVC PHARMA INC.,** | **Case No. 19-[    ](RDD)** |
| Debtor. | |
| **Fed. Tax Id. No. 59-3784014** | |

## ORDER DIRECTING
## <u>JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**")

pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Debtors' chapter

11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion

and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of

the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b);

and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided to the Notice Parties, and it appearing that no

other or further notice need be provided; and the Court having reviewed the Motion and held a

hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the Lowne

Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the

Court having determined that the legal and factual bases set forth in the Motion and at the

Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1.      The relief requested in the Motion is hereby granted as set forth herein.

2.      Pursuant to Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are

consolidated for procedural purposes only and shall be jointly administered by the Court.

3.      Nothing contained in this Order shall be deemed or construed as directing or

otherwise affecting the substantive consolidation of any of the above-captioned cases.

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

4.      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-[    ](RDD)** |
| **Debtors.** | **(Jointly Administered)** |

5.      The Debtors also seek the Court's direction that a notation substantially similar to

the following be entered on the docket of each of the Debtors' chapter 11 cases to reflect the

joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and
> joint administration of the chapter 11 cases of Purdue Pharma L.P., Purdue
> Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma
> Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P.,
> Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp.,
> Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue
> Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove
> Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc.,
> Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF
> LP, SVC Pharma LP and SVC Pharma Inc.   The docket in Case
> No. 19-[    ](RDD) should be consulted for all matters affecting this case.

6.      The contents of the Motion and the notice procedures set forth therein are good

and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the

Southern District of New York, and no other or further notice of the Motion or the entry of this

Order shall be required.

White Plains, New York
Dated: _____, 2019

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

7